445 A.2d 103

**Lewis H. REYNOLDS, Appellant,**

**v.**

**Gary REIHART and Hartford Insurance Group.**

Supreme Court of Pennsylvania.

Argued April 13, 1982.

Decided May 19, 1982.

Reconsideration Denied July 19, 1982.

Julius E. Fioravanti, Philadelphia, for appellant.

James K. Thomas, Harrisburg, for Hartford Ins.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted. 47 Pa.Cmwlth. 602, 408 A.2d 897.